OPINION — AG — ** MULTI-COUNTY LIBRARY — COLLATERAL — BANK DEPOSITS — PROCEDURES ** A MULTI-COUNTY LIBRARY SYSTEM ORGANIZED UNDER 65 O.S. 4-101 [65-4-101] ET SEQ. "IS" REQUIRED TO OBTAIN COLLATERAL TO SECURE ITS BANK DEPOSITS. (2) THAT A MULTI COUNTY LIBRARY SYSTEM IS ELIGIBLE TO UTILIZE ALL THREE COLLATERAL PLEDGE PROCEDURES SET FORTH IN 62 O.S. 516.1 [62-516.1] TO 62 O.S. 516.10 [62-516.10] TO SECURE ITS BANK DEPOSITS. (SURETY, OKLAHOMA BANKING CODE, UNIT COLLATERAL, PUBLIC FUNDS, PUBLIC LIBRARY) CITE: OPINION NO. 79-139, 6 O.S. 411 [6-411], 6 O.S. 411 [6-411](3), 6 O.S. 809 [6-809], 19 O.S. 121 [19-121], 62 O.S. 511 [62-511], 62 O.S. 516.1 [62-516.1], 62 O.S. 516.5 [62-516.5] [62-516.5], 62 O.S. 516.10 [62-516.10](B), 65 O.S. 4-101 [65-4-101], 12 U.S.C.A. 90 (NED BASTOW)